129359(6)

K. DAVID M. LYONS-BEY, #231703
          Petitioner-Appellant,

v

ATTORNEY GRIEVANCE COMMISION,
          Respondent-Appellee.

       On order of the Chief Justice, the motion for reconsideration of the order of September 13, 2005 is considered, and it is DENIED because it does not appear the order was entered erroneously.